# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S), <br> v. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:** <br> ☐ **FULL FILING FEE** <br> ☐ **INITIAL PARTIAL FILING FEE** |

On _____, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☐ initial partial filing fee, in the amount of $_____ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☐ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☐ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

_____     _____
Date                                                                                    United States Magistrate Judge