JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ERIC WARREN GREEN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 12-9251-JVS(AJW) |
| JULIANA V. WIARD, ET AL. | **JUDGMENT** (Failure to Pay Full Filing Fee) |
| DEFENDANT(S). | |

On _November 2, 2012_, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated _January 25, 2013_, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

_3.13.13_
Date

_[signature]_
United States District Judge

Presented by:

_____
United States Magistrate Judge

FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

IFP-2 (03/12)                JUDGMENT (Failure to Pay Full Filing Fee)