**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **ERIC W. GREEN,** | ) | Case No. CV12-9251 JVS (AJW) |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| **JULIANA V. WIARD,** | ) | |
| **Defendant(s).** | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: November 2, 2015

_____
JAMES V. SELNA
United States District Judge