**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **ERIC W. GREEN,** | ) | |
| Plaintiff, | ) | No. CV 12-9251 JVS (AJW) |
| v. | ) | |
| **JULIANA V. WIARD,** | ) | **J U D G M E N T** |
| Defendant(s). | ) | |

**IT IS ADJUDGED** that: (1) plaintiff's claim against defendant Juliana V. Wiard in her individual capacity under 42 U.S.C. § 1983 is dismissed without prejudice, and (2) plaintiff's claim against defendant Juliana V. Wiard in her official capacity is dismissed with prejudice.

Dated: November 2, 2015

_____
JAMES V. SELNA
United States District Judge